**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>THE ARROYO PARKWAY, LLC, a limited liability company,<br><br>        Defendant. | Case No.:  CV 22-3445-DMG (GJSx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties. The Order to Show Cause dated July 25, 2022 is DISCHARGED. [Doc. # 19.]

DATED: August 1, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE